■ In the Matter of PLIANT CORP., Appellant, v ASSESSOR OF TOWN OF MACEDON et al., Respondents. (Appeal No. 3.) [849 NYS2d 867]—Appeal from an order of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered April 3, 2007 in a proceeding pursuant to RPTL article 7. The order granted the motion of respondents to dismiss the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]; *see also* CPLR 5501 [a] [1]). Present—Gorski, J.P., Martoche, Smith, Centra and Green, JJ. [*See* 2007 NY Slip Op 31750(U).]

■ In the Matter of PLIANT CORP., Appellant, v ASSESSOR OF TOWN OF MACEDON et al., Respondents. (Appeal No. 4.) [849 NYS2d 868]—Appeal from a judgment of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered April 3, 2007 in a proceeding pursuant to RPTL article 7. The judgment granted the motion of respondents to dismiss the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs (*see Matter of Pliant Corp. v Assessor of Town of Macedon*, 48 AD3d 1148 [2008]). Present—Gorski, J.P., Martoche, Smith, Centra and Green, JJ. [*See* 2007 NY Slip Op 31750(U).]